1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
3   Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
6  STEPHANIE E. SMITH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE E. SMITH | Case No.: 2:14-cv-01767-RFB-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Stephanie E. Smith and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from April 10, 2015 to May 8, 2015 for Plaintiff to file her Motion for Remand and/or Reversal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

1  This request is made at the request of Plaintiff's counsel to allow additional time to
2  fully research the issues presented or otherwise plead..
3  DATE: April 10, 2015                    Respectfully submitted,
4                                          ROHLFING & KALAGIAN, LLP
5                                             /s/ *Marc V. Kalagian*
6                      BY: _____
                                          Marc V. Kalagian
7                                         Attorney for plaintiff Ms. Stephanie E. Smith
8
9  DATE:  April 10, 2015
                                            DANIEL G. BOGDEN
10                                          United States Attorney
11                                             /s/ *Lynn Harada*
12                     BY: _____
                                          LYNN HARADA
13                                        Special Assistant United States Attorney
                                          Attorneys for defendant Carolyn W. Colvin
14                                        |*authorized by e-mail|
15
16  IT IS SO ORDERED:   _____
17                                          UNITED STATES MAGISTRATE JUDGE
18  DATED:  April 13, 2015
19
20
21
22
23
24
25
26

-2-