Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Stephanie E. Smith

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE E. SMITH, | Case No.: 2:14-cv-01767-RFB-PAL |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE PEGGY A. LEEN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Stephanie E. Smith ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security

///

1  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
2  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
3  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
4  order of the Court.

5  DATE: May 4, 2015                Respectfully submitted,

6                          LAW OFFICES OF ROHLFING & KALAGIAN, LLP

7                                      /s/ *Marc V. Kalagian*
                       BY:_____
8                           Marc V. Kalagian
                            Attorney for plaintiff Stephanie E. Smith
9

10 DATE: May 4, 2015                DANIEL G. BOGDEN
                                    United States Attorney
11

12

13                                     /s/ *Lynn M. Harada*
                       BY:_____
14                          Lynn M. Harada
                            Special Assistant United States Attorney
15                          Attorneys for Defendant Carolyn W. Colvin,
                            Acting Commissioner of Social Security
16                          (Per e-mail authorization)

17                                ORDER

18                              IT IS SO ORDERED:

19

20

21                          _____
                            RICHARD F. BOULWARE, II
22                          United States District Judge

                            DATED this 21st day of May, 2015.
23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:14-CV-01767-RFB-PAL

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 4, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff